UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WILSON CLARK, | Case No. CV 08-7125 VBF(JC) |
| Petitioner, | (PROPOSED) |
| v. | JUDGMENT |
| JOSEPH WOODRING, | |
| Respondent. | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Motion to Dismiss the Petition for Writ Habeas Corpus by a Person in Federal Custody is granted and this action is dismissed.

DATED: January 4, 2010

*/s/ Valerie Baker Fairbank*

HONORABLE VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE